the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *ante*, p. 395.]

SYRACUSE SAVINGS BANK, Respondent, v. YORKSHIRE INSURANCE COMPANY, LTD., Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. PENNSYLVANIA FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante*, p. 899.]

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICIAL DISTRICT.— Hon. WILLIAM A. WHEELER, OF AVON, is appointed a member in place of WILLIAM S. ELDER, Esq., deceased. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

## FIRST DEPARTMENT, OCTOBER, 1945.
### (October 5, 1945.)

REGAL GARMENT CORPORATION et al., Respondents, v. INTERCOUNTY PROPERTIES CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See *post*, p. 979.]

JOSEPH CHERNIN et al., Respondents, v. INTERCOUNTY PROPERTIES CORP., Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See *post*, p. 979.]

MOE OLTARSH, Respondent, v. MAX OLTARSH et al., Appellants.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SELFIX SWEATERS, INC., Plaintiff, v. BERNHARD ALTMANN, Respondent, and CARWAN SPINNING CO., INC., Impleaded Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 971.]

In the Matter of WILLIAM KLEIN, as Trustee of a Certain Mortgage Affecting Property Known as the Southeast Corner of Broadway and Dyckman Street, Borough of Manhattan, Appellant, against REMFORD CORPORATION, Respondent. — Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application to Stay Arbitration between RKO SERVICE CORPORATION, Respondent, and MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 983.]

JAMES. G. HARDY, Respondent, v. MARTHA HARDY, Appellant.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

RUTH S. QUINN, Respondent, v. THEODORE K. QUINN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the

examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH S. QUINN, Respondent, v. THEODORE K. QUINN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANK ZIMMEL, Respondent, v. WILLIAMSBURG PUBLISHING Co., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANCIS MARQUIS, Judgment-Creditor-Appellant, v. ANTHONY M. DEL CARLOS, Judgment-Debtor-Respondent.— Order so far as appealed from unanimously reversed, with $20 costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of H. DUDLEY SWIM for Leave to Resign as Trustee under a Trust Made by FLORENCE L. S. GIFFORD, and for Judicial Settlement of the Account of his Proceedings as such Trustee. FLORENCE L. S. GIFFORD et al., as Trustees, et al., Appellants; H. DUDLEY SWIM et al., Respondents.— Order so far as appealed from unanimously modified by reducing the allowance to the attorneys for the petitioner to $1,500 and by reducing the allowance to the guardian ad litem to $750, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PAUL P. GETTINGER et al., Individually and as Copartners Doing Business under the Name of GETTINGER & GETTINGER, Respondents, v. JULES LEVEY et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 979.]

In the Matter of DAPHNE HELLMAN, Respondent. HARRY BULL, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Arbitration between COHN-HALL-MARX COMPANY, Respondent, and EDWARD F. HUTTON et al., Copartners Doing Business as E. F. HUTTON & COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HILDA R. GILMAN et al., Appellants, v. A. H. SONN Co., INC., Respondent; CHARLES P. BLANEY, as Receiver of CY RHEIMS CORP., a Bankrupt, Defendant, and HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, et al., Impleaded Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HILDA R. GILMAN et al., Appellants, v. ÆTNA LIFE INSURANCE COMPANY et al., Defendants; A. H. SONN Co., INC., Respondent; HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, et al., Impleaded Defendants-Appellants, and CYRUS RHEIMS, INC., et al., Impleaded Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 979.]

ELSIE JELLINEK, Respondent, v. LIBERTY BANK OF BUFFALO, as Administrator of the Estate of EDWARD L. JELLINEK, Deceased, Appellant.— Order